IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EUGENE LIGER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Pending in the |
| v. ) | Eastern District of Louisiana, |
| ) | Case Number 05-1969 C-5 |
| NEW ORLEANS HORNETS NBA ) | |
| LIMITED PARTNERSHIP, ) | 1 07-MI-0177 |
| ) | |
| Defendant. ) | |

## CERTIFICATE REGARDING SERVICE OF DISCOVERY

The undersigned hereby certifies that on this 8th day of June, 2007, a true and correct copy of OBJECTIONS TO THIRD-PARTY SUBPOENA *DUCES TECUM* was served by counsel for Respondent Atlanta Spirit LLC, on Plaintiffs' counsel by U.S. Mail, addressed as follows:

>Elvige Cassard, Esquire
>Daigle Fisse & Kessenich
>P.O. Box 5350
>Covington, LA 70434-5350

CROWLEY CLARIDA & HEAD LLP

_____
Daryl G. Clarida
Georgia Bar No. 126391
C. Andrew Head
Georgia Bar No. 341472
Attorneys for Respondent

Suite 500, 900 Circle 75 Parkway
Atlanta, Georgia 30339-3099
678/888-0036; 678/888-0045 (facsimile)
dclarida@cchlawfirm.com; ahead@cchlawfirm.com